UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSAY HAYS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 3:17-cv-88 ) |
| v. | ) Judge Brady ) |
| EATON GROUP ATTORNEYS, LLC, and MIDLAND FUNDING, LLC, | ) Magistrate Judge Bourgeois ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF MIDLAND FUNDING, LLC

Plaintiff, Lindsay Hays, individually and on behalf of all others similarly situated, through undersigned counsel, voluntarily dismisses all claims against Midland Funding, LLC, with prejudice. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because Midland Funding, LLC never filed an answer or a motion for summary judgment. All claims against defendant Eaton Group Attorneys, LLC remain as plead.

Dated: April 10, 2017

Respectfully submitted,

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. (#36081)
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff