# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSAY HAYS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 3:17-cv-88 ) |
| v. | ) Judge: deGravelles ) |
| EATON GROUP ATTORNEYS, LLC, and MIDLAND FUNDING, LLC, | ) Magistrate Judge: Bourgeois ) ) |
| Defendants. | ) |

### JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Lindsay Hays ("Plaintiff"), individually, and as a class representative, and Eaton Group Attorneys, LLC, ("Defendant") (collectively, the "Parties") request that this Court enter an order which (i) preliminarily approves the Class Settlement Agreement ("Agreement"); (ii) sets dates for Class members to opt out, object, or return a claim form; (iii) schedules a hearing for final approval of the Agreement; (iv) approves the mailing of notice to the Class; and (v) finds that the mailing of such notice satisfies due process, as more fully stated in the attached Memorandum.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an order granting the relief requested in this Motion and the attached Memorandum.

Dated: May 30, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Samuel J. Ford*_____ | */s/ David S. Daly*_____ |
| Samuel J. Ford, Esq., T.A. #36081 | David S. Daly (La. No. 20774) |
| Scott, Vicknair, Hair & Checki, LLC | 1100 Poydras St., Suite 3700 |
| 909 Poydras St., Ste. 1100 | New Orleans, LA 70163 |
| New Orleans, LA 70112 | Daly Phone: (504) 599-8329 |
| ford@svhclaw.com | Daly Fax: (504) 599-8139 |
| Phone: (504) 684-5200 | Daly Email: DDaly@Frilot.com |
| Fax: (504) 613-6351 | Counsel for defendant, Eaton Group |
| Attorney for Plaintiff | Attorneys, LLC |