UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSAY HAYS, INDIVIDUALLY ) <br> AND ON BEHALF OF ALL OTHERS ) <br> SIMILARLY SITUATED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EATON GROUP ATTORNEYS, LLC, ) <br> and MIDLAND FUNDING, LLC, ) <br> ) <br> Defendants. ) | Civil Action No.: 3:17-cv-88 <br><br> Judge: deGravelles <br><br> Magistrate Judge: Bourgeois |

**<u>FINAL SETTLEMENT APPROVAL ORDER AND JUDGMENT</u>**

This Court, upon a Fairness Hearing held on June 24, 2019, of which notice was given in line with this Court's Ruling and Order on Joint Motion for Preliminary Approval of Class Action Settlement (Docket #29), with counsel for plaintiff Lindsay Hays ("Plaintiff") and counsel for defendant Eaton Group Attorneys, LLC ("Defendant") ("Plaintiff" and "Defendant" collectively the "Parties") present, noting that the Parties dispute the claims on the merits and concede no arguments in support of their positions but have, nevertheless, agreed to settle their claims, and now being fully advised:

(1)  FINDS that the final settlement class consists of "all persons in the State of Louisiana who received a collection letter from Defendant offering to discuss a voluntary repayment plan in connection to a signed consent judgment and/or the disclosure of personal, financial, employment, and/or income information between February 15, 2016 and February 15, 2017" (1007 persons);

(2)     FINDS that the Plaintiff Lindsay Hays has adequately represented the interests of class members, and therefore APPOINTS her as representative to the Settlement Class;

(3)     FINDS that attorneys Scott, Vicknair, Hair & Checki, LLC have adequately represented the interests of class members, and therefore APPOINTS them as counsel to the Settlement Class;

(4)     FINDS that the mailing of notice to class members was in line with the requirements of Fed. R. Civ. P. 23, of this Court's prior order, and of due process;

(5)     FINDS that 136 class members returned claim forms, one class member requested exclusion, zero objected to the settlement, and zero filed an appearance or personally appeared before the Court at the hearing;

(6)     FINDS that the settlement provides fair, adequate and reasonable relief to class members;

(7)     FINDS, upon review of the factors used to judge class action settlement agreements set forth in *Parker v. Anderson*, 667 F.2d 1204 (5th Cir. 1982) and other cases, that the settlement warrants final approval; and therefore

(8)     FINALLY APPROVES THE CLASS ACTION SETTLEMENT BETWEEN THE PARTIES IN THIS CASE, with the specific approval of:

    (A)     the award of $2,500.00 to Plaintiff;

    (B)     the award of $22,500.00 to class counsel as attorneys' fees;

    (C)     the award of all litigation costs incurred by Plaintiff and Class Counsel;

    (D)     the award of $7,000.00 to be divided on a *pro rata* basis to Class Claimants;

    (E)     the distribution of any Class Recovery that remains uncashed ninety (90) days after issuance to Defendant's insurer to offset its administration costs

      and if there are any funds remaining after payment of administration costs distribution of uncashed funds shall be returned to Defendant's insurer;

(F)    the release found in the Class Settlement Agreement, *See* Dkt # 21-3, Exhibit 1, ¶ 17.

The litigation is now DISMISSED WITH PREJUDICE as to Plaintiff and all class members. The Clerk is directed to terminate the action.

Signed in Baton Rouge, Louisiana, on <u>June 25, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**